## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

C.A.M., Respondent

v.

T.W.M., Petitioner

No. 364 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

BIG & LITTLE OIL, LLC; Bivins Ryan Investments, LLC; Blue Sphinx Management Ltd; Bryan Wood; BTBA, LLC; Carolyn Bivins 1952 Trust #4; CO–PA, LLC; Cornelia Wadsworth Ritchie Trust No. Four; Cusolito Pultorak, LLC; Darrell F. and Suzanne H. Abel; Edwin Shelton Properties, LLC; Eva Drobezko; FB. Lamar, LP; FB Rohanna, LP; FHMW, LLP; Fine Bunch, LLC; Galbraith Greene, LLP; Galbraith Lamar, LLP; Galbraith Rohanna, LLP; Galbraith Rohanna 2 LLP; George W. Zundell; Hook Greene County, LLP; Hook Lamar, LLP; Hook Lamar 2, LLP; Hook Rohanna 1, LLP; Hook Rohanna 2 LLP; Hook Rohanna 3H LLP; Jabst Investments, LLC; John & Kathy McNay; Juskowich Pultorak 1H & 2H, LLP; Juskowich Rohanna 2H, LLP; Keener Oil & Gas, LLP; Living Good, LLC; LNR Interests, LP; Mark Ernest Bivins Trust; Mark E. Fox, Executor of the Estate of J.K. Willison, Deceased; Mendicino Ventures, Inc.; MG Big Green Ventures, LLC; Mountaintop Investors 2010–1, LLC; Mountaintop Investors 2010–2, LLC; Mountaintop Investors L2–H, LLC; Mountaintop Investors R–2H, LLC; Mountaintop Investors PT LLC; Rohanna Iron & Metal, Inc.; Silver Fox Farm, LLC; Thomas Peyton Bivins Trust; Thomas E. & Bertha M. Scherich; Thomas M. Colella Revocable Trust; Tres Nguyen, LLC; Willison Fox, LLP; and 1952 Elder Bivins Children's Exempt Trust, Petitioners

v.

TANGLEWOOD EXPLORATION, LLC and Vantage Energy Appalachia, LLC, Respondents

No. 328 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.,**
Petitioner

v.

**LAW FIRM OF MALONE MIDDLE-MAN, PC, and Candace A. Eazor and Richard Eazor, as Executors of the Estate of Richard A. Eazor, Respondents**

Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C., Petitioner

v.

Law Firm of Malone Middleman, P.C. and Candace A. Eazor and Richard Eazor as Executors of the Estate of Richard A. Eazor, Respondents

No. 397 WAL 2016
No. 398 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Cross Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court erred in vacating the Judgment of the Court of Common Pleas with respect to Meyer Darragh's *quantum meruit* claim when Meyer Darragh performed legal work and incurred expenses on behalf of the client and doing so would force Meyer Darragh to engage that client, who has already paid its legal fees in full, in litigation or allow Malone Middleman to be unjustly enriched.

**TOWNSHIP OF MILLCREEK,**
Respondent

v.

**ANGELA CRES TRUST OF JUNE 25, 1998, Petitioner**

Township of Millcreek, Respondent

v.

Angela Cres Trust of June 25, 1998, Petitioner

No. 361 WAL 2016
No. 362 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

